LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESMERALDA CUADRAS,** ) | Case No. 2:14-cv-09015-RGK-JPR |
| ) | |
| Plaintiff(s) ) | **NOTICE OF SETTLEMENT** |
| ) | |
| vs. ) | |
| ) | |
| **MIDLAND CREDIT** ) | |
| **MANAGEMENT, INC.,** ) | |
| ) | |
| Defendant. ) | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 12th day of March, 2015.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 12th day of March, 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge R. Gary Klausner
United States District Court
Central District of California

Thomas F. Landers, Esq.
Solomon Ward Seidenwurm & Smith, LLP

Peter J. Caltagirone, Esq.
Solomon Ward Seidenwurm & Smith, LLP


This 12th day of March, 2015.

s/Todd M. Friedman
Todd M. Friedman